AO 91 (Rev. 11/11) Criminal Complaint

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

# UNITED STATES DISTRICT COURT
for the
District of Vermont

8/29/22
BY HBC
DEPUTY CLERK

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. 2:22-mj-110-1-2 |
| NECTOR ARMANDO GARCIA PEREZ | ) |
| DEISY DEL CID REYES | ) |
|  | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __August 26, 2022__ in the county of __Franklin__ in the
_____ District of __Vermont__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1324(a)(1)(A)(ii) & 18 U.S.C. 2 | Knowing, or in reckless disregard of the fact, that an alien has come to, entered, or remains in the United States in violation of law, the defendant transported or moved or attempted to transport or move such alien within the United States by means of transportation or otherwise, in furtherance of such illegal entry, and aided and abetted another in doing so. |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

James B. Brant, U.S. Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 08/28/2022
11:27 a.m.

*Judge's signature*

City and state: Burlington, Vermont

Hon. Kevin J. Doyle, U.S. Magistrate Judge
*Printed name and title*